The Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN BOOT<br><br>          Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL INC., a Delaware corporation,<br><br>          Defendant. | Case No. 2:23-cv-00470-TL<br><br>DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

      Pursuant to Local Civil Rule 7.1, Defendant Rhapsody International Inc. makes this Corporate Disclosure Statement.

---

DEFENDANT'S CORPORATE DISCLOSURE

Case No. 2:23-cv-00470-TL

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

The Hon. Tana Lin

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1, Rhapsody International Inc. discloses that its one hundred percent direct owner is Napster Music Inc. Napster Music Inc. is one hundred percent owned by Algorand Holdco I Inc. Hypnos Capital Inc. owns one hundred percent of Algorand Holdco I Inc.

Dated: May 30, 2023          By: */s/ Patrick C. Bageant*

                                        Patrick C. Bageant (No. 44268)
                                        HOLLYSTONE LAW
                                        1775 West State Street, #286
                                        Boise, ID 83702
                                        Telephone: 208-596-5343
                                        Facsimile: (208) 686-8247
                                        Email: pbageant@hollystonelaw.com

                                        *Attorneys for Defendant*.

DEFENDANT'S CORPORATE DISCLOSURE

Case No. 2:23-cv-00470-TL

HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

1

The Hon. Tana Lin

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, I caused the foregoing document to be filed with the Court's CM/ECF system, which will cause it to be served upon all counsel of record.

By: */s/ Patrick C. Bageant*

---

CERTIFICATE

Case No. 2:23-cv-00470-TL

*i*

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343