UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN BOOT,<br><br>               Plaintiff,<br><br>v.<br><br>RHAPSODY INTERNATIONAL INC., a Delaware corporation,<br><br>               Defendant. | Case No. 2:23-cv-00470-KKE<br><br>STIPULATION AND ORDER TO ADJUST DISCOVERY CUTOFF |

<u>STIPULATION</u>

Plaintiff Adrian Boot and Defendant Rhapsody International Inc. dba Napster ("Napster") respectfully submit this joint stipulation to adjust the discovery cutoff in this case by 30 days, which will not affect the trial date or pretrial Court appearances.

The present discovery cutoff in this matter is January 10, 2024. (*See* ECF No. 12 at 2.) Both parties wish to engage in additional discovery between now and that time. The parties submit that because (a) the nature of some of the discovery they seek is time consuming to identify and exchange, and (b) the holidays are upon us, it will be difficult to complete all discovery by the scheduled deadline. Rather than impose upon the Court a disruptive last-minute

STIPULATION AND ORDER

Case No. 2:23-cv-00470-KKE

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

1

request, or prejudice either party by adhering to the scheduled deadline despite unmet discovery needs, the parties ask to avoid that confrontation by moving the deadline at this time.

Specifically, they request to move the existing discovery cut-off and associated deadlines as follows:

| Event | Present Deadline | Proposed Deadline |
|---|---|---|
| Discovery Motions | December 11, 2023 | February 9, 2024 |
| Discovery Cutoff | January 10, 2023 | February 9, 2024 |
| Dispositive & *Daubert* Motions | February 8, 2024 | February 22, 2024 |

## ORDER

The Court finds the parties' request to be supported by good cause and in furtherance of cooperative discovery consistent with the policy of the Federal Rules of Civil Procedure. Therefore, the Court GRANTS parties' stipulated motion. Dkt. No. 14. The deadlines previously set and not impacted by this order (Dkt. No. 12) remain in effect.

DATED this 30th day of November, 2023.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

STIPULATION AND ORDER

Case No. 2:23-cv-00470-KKE

2

HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343